## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | CR. NO. <u>**2:19-cr-20075-TLP**</u> |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **RICHARD FARMER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

___

### MOTION TO WITHDRAW NOTICE OF CRIMINAL FORFEITURE
___

The United States of America, by and through Counsel, respectfully moves to withdraw its notice of criminal forfeiture. The government will no longer be seeking forfeiture in connection with Defendant Farmer's sentencing.

                                                 Respectfully submitted,

                                                 D. Michael Dunavant
                                                 United States Attorney

By:   <u>*/s/    Jillian Willis*</u>
          JILLIAN D. WILLIS
          Trial Attorney
          United States Department of Justice
          Criminal Division, Fraud Section

<u>CERTIFICATE OF SERVICE</u>

On February 20, 2020, I served a copy of this document by electronically filing it on the Court's electronic filing system.

                                         <u>*/s/ Jillian Willis*</u>
                                         JILLIAN D. WILLIS
                                         Trial Attorney
                                         United States Department of Justice
                                         Criminal Division, Fraud Section