# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
|     **Plaintiff,** ) | CR. NO. **2:19-cr-20075-TLP** |
| ) | |
| **vs.** ) | |
| ) | |
| **RICHARD FARMER** ) | |
| ) | |
|     **Defendant.** ) | |

___

## ORDER GRANTING MOTION TO WITHDRAW NOTICE OF FORFEITURE
___

Upon the motion of the United States, the Government's Motion to Withdraw its Notice of Forfeiture is GRANTED.

It is so ordered, this the 21st day of February, 2020.

                                                s/Thomas L. Parker_____
                                                THOMAS L. PARKER
                                                UNITED STATES DISTRICT JUDGE
                                                WESTERN DISTRICT OF TENNESSEE